MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: berdinellalaw@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant
Eric Pree

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 1:24-cr-00294-JLT-SKO** |
| Respondent/Plaintiff, | **STIPULATION REGARDING CONTINUANCE; ORDER** |
| vs. | **DATE: January 15, 2025** |
| **Eric Pree,** | **TIME: 1:00 p.m.** |
| Petitioner/Defendant. | **COURT: Hon. Sheila K. Oberto** |

## STIPULATION

Defendant Eric Pree, by and through his Counsel, Michael W. Berdinella, and Plaintiff, United States of America, by and through its counsel of record, Cody Chapple, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference on January 15, 2025. Time has been excluded to that date.

2. By this stipulation, defendant now moves to continue the Status Conference until January 29, 2025, and to exclude time between January 15, 2025 , and January 29, 2025.

Good cause exists to allow the requested continuance.

a) Counsel for Defendant needs additional time to consult with his client, and to conduct an investigation of discovery. We have not received additional discovery and need to review that discovery, and to prepare for the Status Conference. Counsel for Defendant also has a scheduling conflict on that date. The Defendant, Eric Pree, has stated to his counsel he is in agreement with the continuance until January 29, 2025.

b) The Government does not object to the continuance.

c) The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from January 15, 2025, through January 29, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: 12/23/2024                         /s/ Michael W. Berdinella
                                          Michael W. Berdinella
                                          Attorney for Eric Pree


                                          /s/ Cody Chapple
Dated: 12/23/2024                         Cody Chapple
                                          Assistant United States Attorney

**ORDER**

In light of Defendant Eric Pree's recent indictment on December 5, 2024, and the parties' stipulation, the Court finds good cause to continue the Status Conference from January 15, 2025, to **January 29, 2025, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto**. The period between January 15, 2025, and January 29, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1 and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **January 2, 2025**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE