PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC PREE,<br><br>Defendant. | CASE NO. 1:24-CR-000294-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

The parties stipulate as follows:

1.  A grand jury indicted the defendant on December 5, 2024. [ECF 1.] The defendant had his arraignment and plea on the indictment the following day. The defendant was detained and remains in custody. [ECF 3.] A status conference is presently set on January 29, 2025, with time excluded to that date.

2.  On December 10, 2024, the government produced initial discovery. Defense counsel was appointed on December 13, 2024. [ECF 8.]

3.  Now, the parties agreed to continue the status conference from January 29, 2025, to February 19, 2025, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

4.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period

1

from January 29, 2025, through February 19, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  January 22, 2025 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Cody Chapple*<br>Cody Chapple<br>Assistant United States Attorney |
| Dated:  January 22, 2025 | */s/ Michael W. Berdinella*<br>Michael W. Berdinella<br>Counsel for ERIC PREE |

## **ORDER**

Defendant ERIC PREE was arraigned on December 6, 2024.  The Court finds good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from January 29, 2025, until **February 19, 2025, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto**; and

2. The period from January 29, 2025, through February 19, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **January 23, 2025**                    */s/ Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE

2