MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-000294-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| ERIC PREE, | |
| Defendant. | |

The parties stipulate as follows:

1. A grand jury indicted the defendant on December 5, 2024. [ECF 1.] The defendant had his arraignment and plea on the indictment the following day. The defendant was detained and remains in custody. [ECF 3.] A status conference is presently set on February 19, 2025, with time excluded to that date.

2. On December 10, 2024, the government produced initial discovery. Defense counsel was appointed on December 13, 2024. [ECF 8.]

3. Now, the parties agreed to continue the status conference from February 19, 2025, to March 19, 2025, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

4. The parties agree that the interests of justice served by granting this continuance outweigh

1

the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from February 19, 2025, through March 19, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: February 10, 2025     MICHELE BECKWITH
Acting United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: February 10, 2025     */s/ Michael W. Berdinella*
Michael W. Berdinella
Counsel for ERIC PREE

**ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from February 19, 2025, until **March 19, 2025, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto**; and

2. The period from February 19, 2025, through March 19, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:     **February 10, 2025**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE