MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant
Eric Pree

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>          Plaintiff,<br><br>     vs.<br><br>**ERIC PREE,**<br><br>          Defendant. | **Case No.: 1:24-CR-00294-JLT-SKO**<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE;**<br><br>**DATE:** March 19, 2025<br>**TIME:** 1:00 p.m.<br>**COURT:** Hon. Shelia K. Oberto |

## STIPULATION

Defendant Eric Pree, by and through his Counsel, Michael W. Berdinella, and Plaintiff United States of America, by and through its Counsel of Record, Cody Chapple, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference on March 19, 2025.

2. By this stipulation, the Defendant now moves to continue the Status Conference until April 16, 2025, and to exclude time between March 19, 2025, and April 16, 2025.

Good cause exists to allow the requested continuance.

a) Counsel for Defendant needs additional time to consult with his client regarding a Plea Agreement from the Government, to conduct further investigation, and to obtain and review any new discovery. Counsel would request additional time to enable him to properly prepare this matter and to continue discussion with the United States Government.

b) The Government does not object to the continuance.

IT IS SO STIPULATED.

Dated: March 10, 2025            /s/ Michael W. Berdinella
                                  Michael W. Berdinella
                                  Attorney for Eric Pree


Dated: March 10, 2025            /s/ Cody Chapple
                                  Cody Chapple
                                  Assistant United States Attorney

### ORDER

**IT IS SO ORDERED** that the Status Conference is continued, and time is to be excluded, from March 19, 2025, to April 16, 2025, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto. The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

**IT IS SO ORDERED.**

Dated: 3/10/2025                  *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE