1  MICHELE BECKWITH
   Acting United States Attorney
2  CODY S. CHAPPLE
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,            CASE NO. 1:24-CR-000294-JLT-SKO

12             Plaintiff,

13       v.
                                        **STIPULATION AND ORDER TO CONTINUE**
14 ERIC PREE,                           **STATUS CONFERENCE AND EXCLUDE TIME**

15             Defendant.

16

17

18       The parties stipulate as follows:

19       1.    A grand jury indicted the defendant on December 5, 2024. [ECF 1.] The defendant had his

20 arraignment and plea on the indictment the following day. The defendant was detained and remains in

21 custody. [ECF 3.] A status conference is presently set on April 16, 2025, with time excluded to that date.

22       2.    On December 10, 2024, the government produced initial discovery. Defense counsel was

23 appointed on December 13, 2024. [ECF 8.] The government has extended a plea offer to defense and that

24 offer is still open.

25       3.    Now, the parties agreed to continue the status conference from April 16, 2025, to June 4,

26 2025, to further provide defendant with reasonable time necessary for effective preparation, so that the

27 defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

28       4.    The parties agree that the interests of justice served by granting this continuance outweigh

                                        1

the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from April 16, 2025, through June 4, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  April 11, 2025          MICHELE BECKWITH
         Acting United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated:  April 11, 2025          */s/ Michael W. Berdinella*
Michael W. Berdinella
Counsel for ERIC PREE

# ORDER

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time.

In light of the December 6, 2024, arraignment in this case, the Court finds good cause for the continuance to allow the defendant reasonable time to complete review of the discovery and consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from April 16, 2025, to **June 4, 2025, at 1:00 p.m. before Magistrate Judge Shiela K. Oberto**;
2. The period from April 16, 2025, through June 4, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv); and
3. The parties shall be prepared to set a mutually agreeable trial date at the June 4, 2025, status conference.

IT IS SO ORDERED.

Dated:  **April 15, 2025**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE