MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-000294-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| ERIC PREE, | |
| Defendant. | |

The parties stipulate as follows:

1. A grand jury indicted the defendant on December 5, 2024. [ECF 1.] The defendant had his arraignment and plea on the indictment the following day. The defendant was detained and remains in custody. [ECF 3.] A status conference is presently set on June 4, 2025, with time excluded to that date.

2. On December 10, 2024, the government produced initial discovery. Defense counsel was appointed on December 13, 2024. [ECF 8.] The government extended a second plea offer to defense and that offer is still open.

3. Now, the parties agreed to continue the status conference from June 4, 2025, to July 30, 2025, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case regarding the new plea agreement provided to the Defendant's counsel on May 27, 2025.

1

4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from June 4, 2025, through July 30, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: May 28, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: May 28, 2025

*/s/ Michael W. Berdinella*
Michael W. Berdinella
Counsel for ERIC PREE

### ORDER

In light of the Defendant's arraignment on December 6, 2024, the parties' request to continue the status conference from June 4, 2025, to July 30, 2025, at 1:00 p.m. is GRANTED. Time is excluded through July 30, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

The parties shall be prepared to select a mutually agreeable status conference at the July 30, 2025, status conference.

IT IS SO ORDERED.

Dated: __**May 29, 2025**__          */s/ Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE