MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant
Eric Pree

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>           Plaintiff,<br><br>     vs.<br><br>**ERIC PREE,**<br><br>           Defendant. | **Case No.: 1:24-CR-00294-JLT-SKO**<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE**<br><br>**DATE: July 30, 2025**<br>**TIME: 1:00 p.m.**<br>**COURT: Hon. Shelia K. Oberto** |

## STIPULATION

Defendant Eric Pree, by and through his Counsel, Michael W. Berdinella, and Plaintiff United States of America, by and through its Counsel of Record, Cody Chapple, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference on July 30, 2025.

2. By this stipulation, the Defendant now moves to continue the Status Conference until August 20, 2025, and to exclude time between July 30, 2025, and August 20, 2025.

STIPULATION REGARDING CONTINUANCE   1

Good cause exists to allow the requested continuance.

a) Counsel has received a proposed Plea Agreement from the Government. Counsel for Defendant needs additional time to consult with his client regarding Counsel's recommended changes to the Plea Agreement and to conduct further investigation. Counsel would request additional time to enable him to properly pursue and prepare this matter and to continue discussion regarding final details of the Plea Agreement with the United States Government.

b) The Government does not object to the continuance.

IT IS SO STIPULATED.

Dated: July 23, 2025                        /s/ Michael W. Berdinella
                                             Michael W. Berdinella
                                             Attorney for Eric Pree


Dated: July 23, 2025                        /s/ Cody Chapple
                                             Cody Chapple
                                             Assistant United States Attorney


## ORDER

Pursuant to the Minute Order (Doc. 27) issued on July 15, 2025, counsel were "directed to meet and confer and select a mutually agreeable trial date to be discussed at the next hearing date." The Minute Order further states that the parties "may stipulate: (1) to the trial date, or (2) to set the matter for a change of plea hearing before District Judge Thurston, with an appropriate exclusion of time," and that any stipulation to set the matter for a change of plea hearing before Judge Thurston must state that "a Plea Agreement has been filed."

The parties have neither selected a trial date nor filed a signed plea agreement. Accordingly, the parties' stipulation for a continuance of the status conference is DENIED.

IT IS SO ORDERED.

Dated: __**July 24, 2025**__                              ____/s/ *Sheila K. Oberto*____
                                                                                           UNITED STATES MAGISTRATE JUDGE