MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:    (559) 436-8900
attyberdinella@gmail.com

Attorney for Defendant,
Eric Pree

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ERIC PREE<br><br>　　　　Defendant. | Case No.: 1:24-CR-00294-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date: January 26, 2026<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**TO: THE HONORABLE JENNIFER L. THURSTON, UNITED STATES DISTRICT COURT JUDGE FOR THE EASTERN DISTRICT OF CALIFORNIA; AND TO CODY CHAPPEL, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Sentencing Hearing in the above captioned matter now set for January 26, 2026 at 9:00 a.m., be continued to March 30, 2026 at 9:00 a.m. The continuance is requested by counsel for Defendant Eric Pree, Attorney Michael W. Berdinella. Mr. Pree has serious dental issues that require him to undergo two different root canals and other dental work. That he presently remains in ongoing pain from these dental conditions and will need to have this dental work done as soon as possible. He has met with the Dentist at the Central Valley Annex who advised him he needs two root canals and is expecting a date to be arranged for these

procedures in the near future. Mr. Pree would not have an opportunity to have such an involved dental procedure performed should he be removed from CVA to a BOP facility in the next several weeks. Counsel for Mr. Pree believes that should his client be removed from CVA McFarland after Sentencing, it would be several months and probably much longer, until he could have such dental work performed at a BOP facility due to the normal interruptions which occur in the inmate transfer process to a final BOP facility placement. Mr. Pree remains in pain due to these dental conditions.

    Counsel for the Defendant has provided Notice and requests this Court vacate the present Sentencing date of January 26, 2026, and Order the Sentencing date to be set on March 30, 2026. Counsel for Mr. Eric Pree agrees to exclude time until March 30, 2026.

Respectfully Submitted,

DATED:

      /s/ Michael W. Berdinella_____
Michael W. Berdinella
Attorney for Defendant
Eric Pree

DATED:

    /s/ Cody Chappel_____
Cody Chappel
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED that the sentencing of Eric Pree is continued until March 30, 2026.

IT IS SO ORDERED.

Dated: **January 8, 2026**

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE