MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:    (559) 436-8900
attyberdinella@gmail.com


Attorney for Defendant,
Eric Pree


# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ERIC PREE<br><br>   Defendant. | ) Case No.: 1:24-CR-00294-JLT-SKO<br>)<br>) **STIPULATION TO CONTINUE**<br>) **SENTENCING HEARING; ORDER**<br>)<br>) Date: March 30, 2026<br>) Time: 9:00 a.m.<br>) Judge: Hon. Jennifer L. Thurston<br>)<br>) |


**TO: THE HONORABLE JENNIFER L. THURSTON, UNITED STATES DISTRICT COURT JUDGE FOR THE EASTERN DISTRICT OF CALIFORNIA; AND TO CODY CHAPPEL, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Sentencing Hearing in the above captioned matter now set for March 30, 2026 at 9:00 a.m., be continued to April 6, 2026 at 9:00 a.m. The continuance is requested by counsel for Defendant Eric Pree, Attorney Michael W. Berdinella. Counsel Berdinella has a scheduling conflict and is to be in Tulare County Superior Court for a hearing in Criminal Court on that date of March 30, 2026.

Counsel for the Defendant has provided Notice and requests this Court vacate the present Sentencing date of March 30, 2026, and Order the Sentencing date to be set on April 6, 2026. Counsel for Mr. Eric Pree agrees to exclude time until April 6, 2026.

Respectfully Submitted,

DATED: 02/19/2026

_/s/ Michael W. Berdinella_____
Michael W. Berdinella
Attorney for Defendant
Eric Pree

DATED: 02/19/2026

__/s/ Cody Chappel_____
Cody Chappel
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED that the sentencing of Eric Pree is continued until April 6, 2026.

IT IS SO ORDERED.

Dated:   **February 20, 2026**

_____
UNITED STATES DISTRICT JUDGE