MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: atyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant,
Eric Pree

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>          Plaintiff,<br><br>     vs.<br><br>**Eric Pree,**<br><br>          Defendant. | **Case No.: 1:24-CR-00294-JLT-SKO**<br><br>**DEFENDANT COUNSEL'S MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |

**To the Honorable Judge Jennifer L. Thurston, United State District Court Judge for the Eastern District of California:**

On December 10, 2024, CJA Panel Attorney Michael W. Berdinella was appointed by Magistrate Judge for the Eastern District of California, Stanley A. Boone, as Counsel to represent Defendant Eric Pree for a violation of USC § 751(1), Escape from Custody (1).

On September 2, 2025 a Plea Agreement was filed; Sentencing was held on April 6, 2026, with Mr. Pree being Sentenced to fifteen (15) months, to run consecutively with his original Sentence.

Having completed his representation of Mr. Pree, CJA attorney Michael W. Berdinella now moves to terminate his appointment under the Criminal Justice Act.

Should Mr.Pree require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  04/09/2026                      Respectfully submitted,


_____

Michael W. Berdinella
Attorney for Defendant
Eric Pree

**ORDER**

Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Eric Pree at the following address and to update the docket to reflect Defendant's pro se status and contact information:

Eric Pree
US Marshalls # 75667-097
FCI Sheridan
P.O Box 5000
Sheridan, Oregon 97378

IT IS SO ORDERED.

Dated:    **April 14, 2026**

_____
UNITED STATES DISTRICT JUDGE